## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| MELVIN TAYLOR, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **1:16-CV-2700-LMM** |
| v. | ) | |
| | ) | |
| FAVOR MARKET, | ) | |
| KYEMYUNG YANG AND | ) | |
| JOHN DOES 1-2, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER AND FINAL JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment against Defendant **Favor Market**. Favor Market is presently in default in this case. Upon consideration of the Plaintiff's Motion, Affidavits of counsel, and the entire record before the Court, the Court hereby GRANTS the Plaintiff's Motion.

Accordingly, the Court hereby FINDS, ORDERS, ADJUDGES and DECREES as follows:

(1)     The Plaintiff has established liability against Favor Market for violations of the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. for unpaid wages, unpaid overtime, and retaliation.

(2)     The Court further FINDS that the Plaintiff has established that Favor Market owes Mr. Taylor his unpaid minimum wages under 29 U.S.C. § 206 amounting to $19,560.00 in unpaid minimum wages for 147 weeks.

(3)     The Court further FINDS that the Plaintiff has established that Favor Market owes Mr. Taylor his unpaid overtime wages under 29 U.S.C. § 207 amounting to $9,657.00.

(4)     The Court further FINDS that the Plaintiff has established that for its wrongful discharge of Mr. Taylor, Favor Market owes Mr. Taylor lost wages under 29 U.S.C. § 207 from November 15, 2015 through April 18, 2016, amounting to $6,380.00.

(5)     The Court further FINDS that the Plaintiff has established that Plaintiff is entitled to an amount equal to his unpaid federal minimum wages as liquidated damages pursuant to 29 U.S.C. § 216(b), amounting to an additional $35,597.00.

(6)     The Court further FINDS that the Plaintiff has established that Favor Market owes Mr. Taylor $4,467.00 in costs and attorney's fees pursuant to 29 U.S.C. § 216(b).

(7)     Accordingly, the Court HEREBY enters judgment against Defendant

Favor Market in the total amount of $75,661.00.

DATED this 25ᵗʰ day of July_____, 2017.


Leigh Martin May
UNITED STATES DISTRICT JUDGE